[Docket No. 19-6087, Entry #21]
[Docket No. 19-6088, Entry #20]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ALBERTO HERNANDEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CAESARS LICENSE CO., LLC,<br><br>        Defendant. | Civil Action No. 19-6087<br><br>**ORDER** |
| ALBERTO HERNANDEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CAESARS LICENSE CO., LLC,<br><br>        Defendant. | Civil Action No. 19-6088<br><br>**ORDER** |

**THESE CASES** came before the Court upon the Motions to Dismiss, pursuant to Fed. R. Civ. P. 12(b)(1), for lack of Article III standing filed by Defendant. [Docket No. 19-6087, Entry #21; Docket No. 19-6088, Entry #20] For the reasons stated in the accompanying Opinion issued on even date herewith,

**IT IS** on this 4th day of December, 2019, hereby **ORDERED** that the cases are **DISMISSED WITHOUT PREJUDICE** for lack of

1

subject matter jurisdiction.

        __s/ Renée Marie Bumb_____
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE